# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133612

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 133612
COA: 275249
Crawford CC: 06-002444-FH

TERRY DUANE MUNOFO,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

p0723